UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JERRY LAYNE CANTY,

    Petitioner,

vs.                                                      **Case No.** 3:94-cr-169-J-12
                                                                         3:97-cv-1197-J-10

**UNITED STATES OF AMERICA,**

    Respondent.

## O R D E R

This cause is before the Court on the Petitioner's Motion for Certificate of Appealability (Civ. Doc.8), filed July 27, 2007.

The Petitioner seeks to appeal the Court's Order (Civ. Doc. 6) filed July 12, 2007, construing his Petition to Reopen Proceedings Due to Lack of Subject Matter Jurisdiction (Civ. Doc.5) as a successive § 2255 motion and dismissing it for his failure to obtain permission for filing from the Eleventh Circuit Court of Appeals. The Court finds that the Petitioner has not made a substantial showing of the denial of a constitutional right for the reasons set forth in the Court's previous Order (Civ. Doc. 6). As a result, the Petitioner's request for a Certificate of Appealability must be denied and his Motion for Leave to Proceed In Forma Pauperis (Doc. 9) must be denied as moot. Accordingly, it is

**ORDERED AND ADJUDGED:**

1.     That the Petitioner's Motion for Certificate of Appealability (Civ. Doc 8) is denied; and

2. That Petitioner's Motion for Leave to Proceed In Forma Pauperis (Doc. 9) is denied as moot.

**DONE AND ORDERED** this __6TH__ day of September 2007.

_____
Howell W. Melton
Senior United States District Judge

Copies to: Petitioner
AUSA

2